IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUTCH CLIPS LLC,<br><br>*Plaintiff*<br><br>v.<br><br>RIPSTOP BY THE ROLL LLC,<br><br>*Defendant* | Case No. 5:18-cv-04727-JDW |

## ORDER

**AND NOW**, this 27th day of September, 2019, upon consideration of the Plaintiff's Consent Motion for Extension of Time to Complete Expert Reports (ECF No. 39) and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED IN PART**.

It is **FURTHER ORDERED** as follows:

1. All deadlines in this Court's Order dated July 11, 2019 (ECF No. 27), are **VACATED**;

2. Affirmative expert reports, if any, are due by October 21, 2019.

3. Rebuttal expert reports, if any, are due by November 8, 2019.

4. The Parties shall complete all discovery by **November 15, 2019**.

5. Motions for summary judgment, if any, shall be filed by **November 22, 2019**, and responses to dispositive motions must be filed on or before December 6, 2019.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**